JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

AMERIS BANK doing business as BALBOA CAPITAL,

Plaintiff,

v.

GANESH HOSPITALITY LLC and KONILKUMAR PATEL,

Defendants.

Case No. 8:24-cv-00113-JWH-DFM

**JUDGMENT**

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 46]" entered substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Ameris Bank, doing business as Balboa Capital, shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants Ganesh Hospitality LLC and Konilkumar Patel, jointly and severally, in the amount of **$242,137.17** (with consists of the total contractual amount due under the two Equipment Financing Agreements of $206,935.31; prejudgment interest on both contracts of $23,614.48; litigation costs of $655.00; and total attorneys' fees of $10,932.38).

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 6, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE